JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHENOA M. SMITH, | ) | Case No. CV 15-883-MMM (KK) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| SHERIFF BILL BROWN, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: May 29, 2015

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE